█ In the Matter of JOHN F. KOPCZNSKI, Individually; as a Director, and on Behalf of Himself and All Other Stockholders of PIVOT PUNCH & DIE CORPORATION, Similarly Situated, Appellant, against ROLAND P. CERCONE et al., Respondents.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Erie Special Term, dismissing the proceeding by a stockholder.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

█ JAMES V. PELSONI et al., Respondents, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment and order of Niagara Trial Term, for plaintiff in two actions, consolidated by court order, to recover damages for flooding of a cellar, alleged to have resulted by reason of negligent maintenance of a sewer. The order denied a motion for a new trial.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

█ JOSEPH PATRONE et al., Appellants, v. VAN-EXNER OIL COMPANY, INC., Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: Defendant's motion to dismiss the complaint made at the end of plaintiffs' case was granted upon the sole ground that there was insufficient and inadequate proof of damages. We find in this record evidence as to the cost of repairing the injury to the premises as well as proof of other alleged damages that made out a prima facie case. (See 1 Clark, New York Law of Damages, §§ 474, 477.) All concur. (Appeal from a judgment of Wayne Trial Term, dismissing the complaint in an action for property damage to realty as the result of negligence in the maintenance of a gas station and nuisance.) Present — Kimball, J. P., Willams, Bastow, Goldman and Halpern, JJ.

█ PRICE G. TURNER, Respondent, v. MUTUAL BENEFIT HEALTH AND ACCIDENT ASSOCIATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Oneida Special Term, denying defendant's motion for summary judgment and dismissal of the complaint.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ. [5 Misc 2d 524.]